UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Criminal No. 13cr 124 (JLL)

   -vs-                          :

LUZ CUPPARO                      :        **ORDER OF RELEASE**

   **It is on this 20TH day of FEBRUARY, 2013,   ORDERED**

   That bail be fixed at $ 50,000.00 and the defendant be released upon:

   (a.) Executing an unsecured appearance bond.
   ~~b.~~ Executing an appearance bond and depositing in cash in the registry of the Court ____% of the bail fixed.
   ~~c.~~ Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.

   It is further ORDERED that, in addition to the above, the following conditions are imposed:

   1. That the defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with or retaliate against any witness, victim or informant in this case.

   2. That the defendant be released in the custody of Pretrial Services for supervision during the period of release.

   3. That the defendant be restricted in travel to New Jersey unless otherwise approved by Pretrial Services.

   4. Additional Conditions:

   (✗) Maintain current residence or a residence approved by Pretrial Services.

   It is further ORDERED that the defendant be furnished with a copy of this order and a Notice of the Penalties applicable to violation of conditions of release.

                              _____
                              Jose L. Linares,
                              United States District Judge

I hereby certify that the defendant was furnished with a copy of this order and Notice of Penalties as indicated above.

                              _____
                              Lissette Rodriguez,
                              Deputy Clerk

<u>NOTICE OF PENALTIES APPLICABLE</u>
<u>TO THE VIOLATION OF CONDITIONS OF RELEASE</u>

Title 18, United States Code, Section 3146 (c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant may be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he/she shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while the awaiting sentence or pending appeal, he/she shall be fined not more that $5,000. or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he/she shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more than $1,000.00 or imprisonment for not more than one year, or both.