PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luz Cupparo            Cr.: 13-00124-001
                                                          PACTS #: 66372

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                                  CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/22/2016

Original Offense: Conspiracy To Commit Mail Fraud.

Original Sentence: 24 months probation

Special Conditions: Mental Health Treatment, New Debt Restrictions, Employment Restriction, Self-Employment/Business Disclosure, $100 Special Assessment, and $1,206,576.88 in Restitution

Type of Supervision: Probation                        Date Supervision Commenced: 09/22/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On April 30, 2018, our office conducted an Equifax inquiry and it revealed that the offender has opened up several credit accounts without the permission of our office or Your Honor. |

U.S. Probation Officer Action:

The probation office is recommending that this notification serve as a written reprimand to the offender. Our office has spoken to this offender and has advised her that she is not to open up any additional credit accounts and that she is to pay off these accounts and leave them at a zero balance.

                                                                Respectfully submitted,
                                                                *Michelle A. Siedzik*
                                                                By: Michelle A Siedzik
                                                                    U.S. Probation Officer Assistant
                                                                Date: 05/18/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ This document will serve as an official written reprimand issued under the authority of the Court

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

5/21/18
Date