PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luz Cupparo                                   Cr.: 13-00124-001
                                                                PACTS #: 66372

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/22/2016

Original Offense: Conspiracy To Commit Mail Fraud

Original Sentence: 24 months probation

Special Conditions: Mental Health Treatment, New Debt Restrictions, Employment Restriction, Self-Employment/Business Disclosure, $100 Special Assessment, and $1,206,576.68

Type of Supervision: Probation                    Date Supervision Commenced: 09/22/2016

## STATUS REPORT

Ms. Cupparo currently resides in Lyndhurst, New Jersey, and has been employed with Muldur Trucking, LLC, since February 2018. Prior to this employment, she was being supported by her boyfriend and son. We believe that Ms. Cupparo has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $3,000 towards the restitution balance. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Cupparo's term of supervision to expire as scheduled on September 21, 2018.

                                                Respectfully submitted,

                                                *Michelle Siedzik*

                                                By: Michelle Siedzik
                                                    U.S. Probation Officer Assistant
                                                Date: 06/13/18

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time – Supervision to expire on September 21, 2018.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

6/20/18
Date